Barry M. Kaplan, WSBA #8661
Gregory L. Watts, WSBA #43995
**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Telephone:  (206) 883-2500
Facsimile:   (206) 883-2699
Email:  bkaplan@wsgr.com
Email:  gwatts@wsgr.com

Attorneys for Defendants
Sterling Financial Corporation,
Harold B. Gilkey, and Daniel G. Byrne

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STERLING FINANCIAL CORPORATION, HAROLD B. GILKEY and DANIEL G. BYRNE,<br><br>Defendants. | CASE NO.:  CV-09-368-EFS<br><br>**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY- 1

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

1    Defendants Sterling Financial Corporation, Harold B. Gilkey, and Daniel G.
2    Byrne ("Defendants") respectfully submit this Notice of Supplemental Authority in
3    support of the Motion to Dismiss Consolidated Complaint for Violation of the
4    Federal Securities Laws that Defendants filed on August 30, 2010.

5    On September 6, 2012, the Court of Appeals for the Ninth Circuit issued an
6    opinion in *In re Rigel Pharmaceuticals, Inc. Securities Litigation*, No. 10-17619
7    (9th Cir. Sept. 6, 2012). The opinion is the Ninth Circuit's most recent
8    pronouncement on the standards and requirements that plaintiffs properly allege
9    false statements and scienter under the Private Securities Litigation Reform Act of
10   1995. A copy of the slip opinion is attached hereto as Exhibit A.

11   Dated: September 7, 2012

                                                                                           s/Barry M. Kaplan
12   Barry M. Kaplan, WSBA #8661
       Gregory L. Watts, WSBA #43995
13   **WILSON SONSINI GOODRICH & ROSATI**
       Professional Corporation
14   701 Fifth Avenue, Suite 5100
       Seattle, WA 98104-7036
15   Telephone: (206) 883-2500
       Facsimile: (206) 883-2699
16   Email: bkaplan@wsgr.com
       Email: gwatts@wsgr.com

17
       Attorneys for Defendants
18   Sterling Financial Corporation,
       Harold B. Gilkey, and Daniel G. Byrne

19

20

21

22

23

24

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY- 2

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA 98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699

# CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **S Ashar Ahmed**
  aahmed@csgrr.com

- **Karl P Barth**
  karlb@hbsslaw.com,dawn@hbsslaw.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com

- **Bryce James Wilcox**
  bwilcox@lukins.com,kbryan@lukins.com

                                                               s/Barry M. Kaplan
                                                                 Barry M. Kaplan

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY- 3

WILSON SONSINI GOODRICH & ROSATI
701 Fifth Avenue, Suite 5100
Seattle, WA  98104-7036
Tel: (206) 883-2500
Fax: (206) 883-2699