THE HONORABLE EDWARD F. SHEA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

AT SPOKANE

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>STERLING FINANCIAL CORPORATION, et al.,<br><br>Defendants. | No. 2:09-cv-00368-EFS<br><br><u>CLASS ACTION</u><br><br>PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY |

808922_1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (2:09-cv-00368-EFS)

ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

1    Plaintiff City of Roseville Employees' Retirement System respectfully submits this Notice of Supplemental Authority in support of the Opposition to Defendants' Motion to Dismiss Consolidated Complaint for Violation of the Federal Securities Laws that Plaintiff filed on October 29, 2010.

On December 21, 2012, the Court of Appeals for the Ninth Circuit issued an opinion in *In re VeriFone Holdings, Inc. Sec. Litig.*, No. 11-15860, 2012 U.S. App. LEXIS 26133 (9th Cir. Dec. 21, 2012). The opinion is the Ninth Circuit's most recent pronouncement on the standards and requirements for plaintiffs to adequately allege scienter under the Private Securities Litigation Reform Act of 1995. A copy of the opinion is attached hereto as Exhibit A.

DATED: January 29, 2013                 ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                        CHRISTOPHER P. SEEFER


                                         s/ Christopher P. Seefer
                                        CHRISTOPHER P. SEEFER

                                        Post Montgomery Center
                                        One Montgomery Street, Suite 1800
                                        San Francisco, CA 94104
                                        Telephone: 415/288-4545
                                        415/288-4534 (fax)

                                        Lead Counsel for Plaintiff

808922_1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (2:09-cv-00368-EFS) - 1 -

ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

| | |
|---|---|
| DATED: January 29, 2013 | LUKINS & ANNIS, P.S.<br>MICHAEL J. HINES<br>LAURA J. BLACK<br><br>           s/ Michael J. Hines          <br>          MICHAEL J. HINES<br><br>717 West Sprague Avenue, Suite 1600<br>Spokane, WA 99201<br>Telephone: 509/455-9555<br>509/747-2323 (fax)<br><br>Liaison Counsel<br><br>VANOVERBEKE MICHAUD &<br>TIMMONY, P.C.<br>MICHAEL J. VANOVERBEKE<br>THOMAS C. MICHAUD<br>79 Alfred Street<br>Detroit, MI 48201<br>Telephone: 313/578-1200<br>313/578-1201 (fax)<br><br>Additional Counsel for Plaintiff |

808922_1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (2:09-cv-00368-EFS) - 2 -

ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA 94104
Telephone: 415/288-4545 • Fax: 415/288-4534

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2013, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2013.

          s/ Christopher P. Seefer
CHRISTOPHER P. SEEFER

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:    chriss@rgrdlaw.com

808922_1

PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY (2:09-cv-00368-EFS) - 3 -

ROBBINS GELLER RUDMAN & DOWD LLP
One Montgomery Street, Suite 1800, San Francisco, CA  94104
Telephone: 415/288-4545 • Fax: 415/288-4534

Case 2:09-cv-00368-SAB    Document 94    Filed 01/29/13

# Mailing Information for a Case 2:09-cv-00368-EFS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Karl P Barth**
  karlb@hbsslaw.com,dawn@hbsslaw.com,shelbys@hbsslaw.com

- **Laura J Black**
  lblack@lukins.com,ayates@lukins.com

- **Brian Danitz**
  bdanitz@wsgr.com

- **Michael James Hines**
  mhines@lukins.com,ayates@lukins.com

- **Stephanie Lynn Jensen**
  sjensen@wsgr.com,plane@wsgr.com,rcarter@wsgr.com

- **Barry M Kaplan**
  bkaplan@wsgr.com,plane@wsgr.com,CFoung@wsgr.com,rcarter@wsgr.com

- **Christopher Paul Seefer**
  chriss@rgrdlaw.com

- **Gregory L Watts**
  gwatts@wsgr.com,lbeltran@wsgr.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)

Case 2:09-cv-00368-SAB    Document 94    Filed 01/29/13

Case 2:09-cv-00368-SAB    Document 94    Filed 01/29/13