UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All others Similarly Situated,

Plaintiff,

v.

STERLING FINANCIAL CORPORATION, HAROLD B. GILKEY, and DANIEL G. BYRNE,

Defendant.

NO. 2:09-cv-00368-SAB

**ORDER DIRECTING ENTRY OF JUDGMENT**

On September 17, 2014, the Court entered an Order dismissing Plaintiff's consolidated Amended Complaint with prejudice. ECF No. 135.

Accordingly, **IT IS HEREBY ORDERED:**

1. The District Court Executive is **directed** to enter judgment in favor of Defendant and against Plaintiff.

///

///

///

///

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 24th day of September, 2014.

Stanley A. Bastian
United States District Judge