# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| CITY OF ROSEVILLE EMPLOYEES' RETIREMENT SYSTEM, Individually and on behalf of All Others Similarly Situated,<br>*Plaintiff*<br>v.<br>STERLING FINANCIAL CORPORATION, HAROLD B. GILKEY, and DANIEL G. BYRNE,<br>*Defendant* | Civil Action No.  2:09-CV-00368-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Defendants' Motion to Dismiss Consolidated Amended Complaint for Violation of the Federal Securities Laws was granted Judge Stanley A. Bastian on 9/17/14, dismissing Plaintiff's Consolidated Amended Complaint with prejudice. Judgment is entered in favor of Defendants against Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  September 25, 2014

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb